Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Freight Tracking Technologies LLC v. Virginia International Terminals LLC

No. 15-1920

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Freight Tracking Technologies LLC
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:                Steven A. Maddox
Law firm:            Maddox Edwards PLLC
Address:             1900 K Street, N.W., Suite 725
City, State and ZIP: Washington, DC 20006
Telephone:           (202) 830-0707
Fax #:
E-mail address:      smaddox@meiplaw.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 18, 1989

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

9/9/15
Date                                        Signature of pro se or counsel

cc: _____

123